IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ORTHOPEDIATRICS CORP. and ORTHEX, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WISHBONE MEDICAL, INC. and NICK A. DEETER,<br><br>Defendants. | Case No. 3:20-cv-000929 |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)

Defendants, WishBone Medical, Inc., and Nick A. Deeter, by and through the undersigned counsel, move this Court to dismiss Counts I through VI of Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) for failure to state claims upon which relief can be granted.

This Motion is supported by the simultaneously filed Brief in Support of Motion to Dismiss. As explained therein, dismissal is warranted.

Dated: December 16, 2020

                                      Respectfully submitted,

*/s/ Garrick T. Lankford*
Garrick T. Lankford
glankford@bhlawyers.net
Michael D. Marston
mmarston@bhlawyers.net
**BOTKIN & HALL, LLP**
1003 N. Hickory Road
South Bend, IN 46615
Phone: (574) 234-3900
Facsimile: (574) 236-2839

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on December 16, 2020, which will send notification of such filing to all parties of record.

/s/ Garrick T. Lankford
Garrick T. Lankford
glankford@bhlawyers.net
Michael D. Marston
mmarston@bhlawyers.net
**BOTKIN & HALL, LLP**
1003 N. Hickory Road
South Bend, IN 46615
Phone: (574) 234-3900
Facsimile: (574) 236-2839